IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JEFFREY HARDY,** *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIV. ACT. NO. 1:21-cv-522-TFM-B |
| | ) |
| **CITY OF SELMA,** | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM OPINION AND ORDER**

On August 30, 2022, the Magistrate Judge entered a Report and Recommendation which recommends denial of Defendant's Motion to Dismiss (Doc. 66).  *See* Doc. 82.  No objections were filed.

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court.  Accordingly, it is **ORDERED** that the Defendant's Motion to Dismiss Plaintiffs Neely and Thomas' Claims with Prejudice (Doc. 66, filed 7/19/22) is **DENIED**.

**DONE** and **ORDERED** this 14th day of September, 2022.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE