IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JEFFREY HARDY, TORIANO NEELY,** and **KENDALL THOMAS,** )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>**CITY OF SELMA,** )<br>)<br>*Defendant*. ) | **CASE NO.: 2:21-cv-522-TFM-B** |

## JOINT STATUS REPORT

Plaintiffs Toriano Neely and Kendall Thomas, and Defendant City of Selma, pursuant to this Court's Order of October 20, 2025 (Doc. 257), respectfully notify the Court that despite good faith efforts they have not yet been able to reach a resolution as to Plaintiffs' Motion to Amend Final Judgment and Award Front Pay in lieu of their return to work (Doc. 242).

However, negotiations do remain ongoing.

Respectfully submitted,

/s/ *Brad A. Everhardt*
Brad A. Everhardt, ASB No. 3106-K42T
Randall Morgan, ASB No. 8350-R70R
**HILL, HILL, CARTER, FRANCO COLE & BLACK, P.C.**
425 South Perry Street
Montgomery, Alabama 36104
Telephone: 334.834.7600
Email: beverhardt@hillhillcarter.com
       rmorgan@hillhillcarter.com
*Counsel for Defendant*

/s/ *K. David Sawyer (per consent 11/03/25)*
K. David Sawyer, ASB No. 5793-R61K
**MCPHILLIPS SHINBAUM, LLP**
516 South Perry Street
Montgomery, Alabama 36104
Telephone: 334.262.1911
Email: kdsawyer64@outlook.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this, the 3rd day of November, 2025 filed the foregoing pleading via the Court's Electronic Filing System, which will automatically forward a copy of same to the following:

K. David Sawyer, Esq.
**MCPHILLIPS SHINBAUM, LLP**
516 South Perry Street
Montgomery, Alabama 36104
kdsawyer64@outlook.com

/s/ Brad A. Everhardt